## DAVIS v. STATE.
### No. 26014.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant pleaded guilty before the court to the offense of theft of property of the value of over $5 and under $50, and her punishment was assessed at 30 days in jail.

No statement of facts or bills of exception are found in the record, and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.